UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

SABRINA DIKEMAN,

       **Plaintiff,**

    v.          Civil No. 06-6154-AA

MARILYN PODEMSKI; and
BENEFICIAL OREGON, INC.,

       **Defendants.**

# JUDGMENT

This action is dismissed with prejudice and without attorney fees or costs to any party.

Dated: September 28, 2006.

      SHERYL MC CONNELL, CLERK

    by: /s/ Leslie Engdall
      Leslie Engdall, Deputy

**JUDGMENT**          **DOCUMENT NO:** _____